Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island 

Mirca Caceres and Guillermo Caceres

_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Superior Court, Rhode Island SC

_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☐ Yes  ☐ No

2023 NOV 28  A 11: 23

FILED

# COMPLAINT FOR A CIVIL CASE

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Mirca Caceres and Guillermo Caceres

Street Address  661-663 Hartford Avenue

City and County  Providence

State and Zip Code  Rhode Island 02909-5919

Telephone Number  (978) 831-4907

E-mail Address  _____

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

PLAINTIFFS

1. MIRLA CACERES
661-663 HartFord Avenue
Providence Rhode Island
02909-5919

2. Guillermo Caceres
661-663 HartFord Avenue
Providence, Rhode Island
02909-5919

3. Israel Caceres
661-663 HartFord Avenue
Providence, Rhode Island
02909-5919

4. Ramon Granados
663 HartFord Avenue Providence
Rhode Island  02909-5919

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name             _Superior Court, Rhode Island SC._
    Job or Title *(if known)* _Trial Court of General Jurisdiction RI._
    Street Address  _250 Benefit St,_
    City and County _Providence,_
    State and Zip Code _Rhode Island 02903_
    Telephone Number _(401) 222-3250_
    E-mail Address *(if known)* _https// www. courts.ri gov_

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    November 28, 2023

Signature of Plaintiff    _____

Printed Name of Plaintiff    MIRCA CACERES

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

   a.  If the plaintiff is an individual _____
       The plaintiff, *(name)*_____, is a citizen of the
       State of *(name)*_____

   b.  If the plaintiff is a corporation *(name)*
       The plaintiff, *(name)*_____ is incorporated
       under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)*
       _____

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

   a.  If the defendant is an individual
       The defendant, *(name)*_____, is a citizen of
       the State of *(name)*_____. Or is a citizen of
       *(foreign nation)*_____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Serious irregularities of a Probate Court JUDGE who Usurped our Plat CARD 776 with a False title. Another JUDGE of Superior Court Providence gave order the SUMMARY Judgement to Jewel Associates L.P. with a false title of our PLAT CARD 776 and Another JUDGE signed the foreclosure OF our PLAT CARD 776 with Another false title in December 6, 2023,

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

the plaintiff's Respectfully request that the above-captioned case be Remanded to the appropriate United States District Court and Also requests Any other or Further relief as the court deems just and Proper,

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Mirca Caceres, Guillermo Caceres

Israel Caceres, Ramon Granados

        Plaintiff's                       Case No. 1:23-cv-00

Superior Court SC States of

Rhode Island Providence

Defendant.

## Complaint

Now comes the Plaintiff's Mirca Caceres, Guillermo Caceres, Israel Caceres and Ramon Granados,

Superior Court State of Rhode Island Providence SC. Due to serious irregularities of a probate court judge of Rhode Island, who usurped our plat card 776 with a false title, another judge of superior court providence, SC, gave him an order delivering the summary Judgement to Jewel Associates, L.P. with a fake title of our plat card 776. (PC-2020-6575). Another superior court judge gave the summary judgement to Amos Financial and signed the foreclosure of our Plat Card 776, with a false title for December 6, 2023. Everyone has joined together to strip us of our property on December 6, 2023 to take force our legal title and be able to Legalize all the properties that have been sold illegally. Our physical integrity was in danger on September 9, 2021, when they changed the hearing to 2:45 Pm. We turned over all the evidence to the Rhode Island Attorney General's Office, and they never gave us a response.

Wherefore, the plaintiff's Respectfully requests that the above-captioned case be remanded to the appropriate United States District Court, the Plaintiff's also requests any other or further relief as the court deems just and proper.

EXHIBIT 1

Case Number PC-2021-02686
Filed in Providence/Bristol County Superior Court
Submitted 6/26/2025 1:92 PM
Envelope 3640423ce/Bristol County Superior Court
Reviewed 11/10/7/2021 5:31 PM
Envelope: 3271092
Reviewer: Victoria H

DOC: 2021300266
Bk:   13302   Pg:   257

**STATE OF RHODE ISLAND**                                   **SUPERIOR COURT**
**PROVIDENCE, SC**

**JEWEL ASSOCIATES, L.P.**

      *v.*                                                   **PC-2020-6575**

**MIRCA BENITEZ**

### Order Granting Plaintiff's Motion for Partial Summary Judgment

The motion of plaintiff, Jewel Associates, L.P., for a partial summary judgment on the prayer for

a declaratory judgment that plaintiff is the sole owner of the real estate located at 659 Hartford

Avenue, Providence, Rhode Island, and that defendant, Mirca Benitez, has no ownership interest

in said real estate, was before the Court, Associate Justice Linda Rekas Sloan, on September 7,

2021. After hearing thereon and in consideration thereof, it is hereby

### ORDERED and ADJUDGED

1. Plaintiff's motion is granted. It is hereby declared that the real estate located at 659 Hartford

Avenue, Providence, Rhode Island, also known as Assessor's Plat 114, Lot 139, and legally

described as follows, is solely owned by plaintiff, Jewel Associates, L.P., and that defendant,

Mirca Benitez, has no ownership interest therein:

> That certain lot of land with the buildings and improvements thereon, located in the City of
> Providence, County of Providence, State of Rhode Island, laid out and designated as lot
> numbered forty-one (41) on that plat entitled, "Plat of Land on Hartford Avenue, Johnston. R.I.
> belonging to Herbert H. Wood, being a Re-plat of a portion of a Plat entitled 'Plat of Land in
> Johnston, R.I. belonging to Benjamin H. Hawkins, surveyed and drawn by J.A. Latham, April
> 1889' replatted June 1893 by H.E. Mowry" which said plat is on record in the land records of
> the City of Providence on Plat Card 776.

> This property is conveyed subject to and together and with the benefit of an easement to pass
> and repass by foot or vehicle from Midelton Street to the rear of lot 41 over the northerly 18 feet

Case Number: PC-2021-02546
Filed in Providence/Bristol County Superior Court
Submitted: 6/16/2022 1:02 PM5675
Envelope: 3640436nce/Bristol County Superior Court
Reviewer: Victoria H7/2021 5:31 PM
Envelope: 3271092
Reviewer: Victoria H

DOC: 2021300266
BK 13302    PG 258

of lot 40 on the aforementioned plat as set forth and specified in the deed from the Estate of Natalina Ciofi to Paul B. Scorpio II dated June 24, 2005 and recorded prior hereto.

Being a portion of the premises conveyed to Luigi and Natalina Ciofi by deed of Rose Ciofi recorded in Book 1214 Page 764

Address: 659 Hartford Ave., Providence, RI. Plat114 lot 139. Hereinafter the "Property".

2.  It is further declared that the deeds which defendant, Mirca Benitez, has recorded in the

Providence Land Records in Book 12388, Pages 269 – 270, and in Book 12724, Pages 192 - 193,

which deeds purport to convey plaintiff's said real estate to defendant, are null and void as they

pertain to plaintiff's said real estate, as defendant had no ownership interest in said real estate at

the time the deeds were executed or at any time through the present.

ENTERED this _____ day of _____, 2021.

ENTER:

*Linda Rekas Sloan*

Linda Rekas Sloan
Associate Justice
_____

Associate Justice Linda Rekas Sloan

Per Order:

/s/ Rachel-Lyn Longo
Deputy Clerk
September 17, 2021

Clerk

Presented by: Robert J. Ameen    RI Bar #2333
Attorney for Plaintiff

```
RECEIVED:
Providence
Received for Record
09/29/2021 10:21:44 AM
Document Num: 2021300266
John A Murphy
Recorder of Deeds
```

Doc No: 00068318
Book:10604    Page:    69

### Quit Claim Deed

Jewel Hartford Realty, LP, a Rhode Island Limited Partnership with a mailing
address of 51 Woodbury Street, Providence, Rhode Island 02906

for consideration paid of $1.00 hereby grant and convey to:

Jewel Associates, LP, a Rhode Island Limited Partnership with a mailing address of
51 Woodbury Street, Providence, Rhode Island 02906

with Quit-Claim COVENANTS

(SEE ATTACHED LEGAL DESCRIPTION)

The properties located in the City of Providence, Rhode Island  presently having the
following addresses: 659 Hartford Avenue (Assessor's Plat 114 Lot 139)

No title search conducted and no title insurance issued in connection with this transfer

Grantor hereby covenants that no withholding pursuant to RIGL 44-30-71.3 is
required as Grantor is a Rhode Island Limited Partnership and all of its partners are
Rhode Island entities whose principals are residents of the state of Rhode Island as
evidenced by affidavit.

In Witness whereof the aforesaid has caused these presents to be executed by its duly
authorized partner this 3rd day of April, 2013.

Jewel Hartford Realty, LP
By:

Harvey Snyder, President of Jewel
Investments, Inc., its General Partner

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Cranston on this 3rd day of April, 2013, before me personally appeared
Harvey Snyder, President of Jewel Investments, Inc., General Partner of Jewel
Hartford Realty, LP to me known and known by me to be the party executing the
aforesaid instrument and he acknowledged said instrument by him executed to be his
free act and deed and the free act and deed of Jewel Hartford Realty, LP.

Notary Public
My Commission Expires:

M. BETH ARRUDA, Notary Public
The State of Rhode Island
My Commission Expires August 1, 20 15

Doc No: 00068315
Book:10604    Page:    70

Exhibit "A"

That certain lot of land with the buildings and improvements thereon, located in the City of Providence, County of Providence, State of Rhode Island, laid out and designated as lot numbered forty one (41) on that plat entitled, "Plat of Land on Hartford Avenue, Johnston, R.I. belonging to Herbert H. Wood, being a Re-plat of a portion of a Plat entitled 'Plat of Land in Johnston, R.I. belonging to Benjamin H. Hawkins, surveyed and drawn by J.A. Latham, April 1889' replated June 1893 by H.E. Mowry" which said plat is on record in the land records of the City of Providence on Plat Card 776.

**This property is conveyed subject to and together and with the benefit of an easement to pass and repass by foot or vehicle from Midelton Street to the rear of lot 41 over the northerly 18 feet of lot 40 on the aforementioned plat as set forth and specified in the deed from the Estate of Natalina Ciofi to Paul B. Scorpio II dated June 24, 2005 and recorded prior hereto.**

Being a portion of the premises conveyed to Luigi and Natalina Ciolfi by deed of Rose Ciofi recorded in Book 1214 page 764.

**Address: 659 Hartford Ave.**
**Providence, RI**

**Plat 114 lot 139**

RECEIVED:

Providence
Received for Record
Jun 07,2013 at 12:11:01P
Document Num:    00068315
John A Murphy
Recorder of Deeds

EXHIBIT 2

Bond No. 3-822-525

*Unsigned*

PC-13 (11/02, formerly SW-13 and SW-14) Bond for – Sale-Mortgage-of Real Estate of Deceased Person or
Bond Sale or Mortgage – of Real Estate Guardian – Conservator

Date filed: _____
*Court use only*

# STATE OF RHODE ISLAND

County of PROVIDENCE
Estate of NATALIE CIOLFI
Alias _____
Alias _____

## PROBATE COURT OF THE
CITY OF PROVIDENCE

No. 2003-253          December 13, 2005
*Date*

## [✔] BOND FOR – SALE-MORTGAGE-OF REAL ESTATE OF DECEASED PERSON
### or:
### [  ] BOND SALE OR MORTGAGE – OF REAL ESTATE GUARDIAN - CONSERVATOR
*(check one)*

We, the undersigned, as Principal(s):

Marvin Homonoff          Administrator, d.b.n.
Name                                              Name

369 South Main Street
No.        Street                                 No.        Street

Providence    RI    02903    401-521-3100
City/Town    State    Zip    Phone Number    City/Town    State    Zip    Phone Number

and as Surety(ies):

THE OHIO CASUALTY INSURANCE COMPANY
Name                                              Name

1600 Boston Providence Highway
No.        Street                                 No.        Street

Walpole, MA  02081        (401) 438-4554
City/Town    State    Zip    Phone Number    City/Town    State    Zip    Phone Number

are holden and stand firmly bounden and obliged unto said Court in the full sum of $ 200,000.00

to be paid thereto; to the true payment whereof we bind ourselves, our successors, heirs, executors and administrators

jointly and severally firmly by these presents.

Sealed with our seals. December 13, 2005
*Date of execution*

*(continued on next page)*

*Usurped*

**THE CONDITION OF THIS OBLIGATION IS SUCH,** that if the above bounden principal

*(check one)*
[ ] Executor(s)   [ ] Administrator(s)   [ ] Guardian   [ ] Conservator   [✔] Other  Administrator, d.b.n.

*(check one)*
of the: [ ] Last Will and Testament   [✔] Estate

*(check one)*
[ ] of said deceased  Natalie Ciolfi
                      *Name of Deceased*          [ ] of said ward
                                                                      *Name of Ward*

who was on  December 13, 2005
            *Date of Appointment*          authorized by said Court to:

*(check one)*
[✔] sell certain real estate          [ ] mortgage certain real estate

fully set forth in the proceedings, shall well and truly apply the proceeds to the purposes for which the same was made:

Then this obligation to be void, otherwise to remain in full force and virtue.

Signed in the presence of:

_Diana DiViveros_                                   _[signature]_
**Witness**                                         **Signature of Fiduciary**

_____                     _____
**Witness**                                         **Signature of Fiduciary**

_[signature]_                                       THE OHIO CASUALTY INSURANCE COMPANY
**Witness**                                         _Denise A. Chianese_
                                                    **Signature of Surety (if required)**
                                                    Denise A. Chianese, Attorney-in-Fact

_____                     _____
**Witness**                                         **Signature of Surety (if required)**

BOOK 1214 PAGE 764

**I, ROSE CIOLFI (aka ELVERA CIOLFI)**
of the City and County of Providence, State of Rhode Island
for consideration paid, grant to LUIGI CIOLFI and NATALINA CIOLFI, husband and
wife, of the City and County of Providence, State of Rhode Island,
as joint tenants and not as tenants in common
of 87 Middleton St. Providence                                         with QUIT-CLAIM COVENANTS
(Description, and Incumbrances, if any)

Those two (2) certain lots of land with the buildings and
improvements thereon, located in the City of Providence, County
of Providence, State of Rhode Island, laid out and designated as
lots numbered forty (40) and forty-one (41) on that plat entitled,
"Plat of Land on Hartford Avenue, Johnston, R. I. belonging to
Herbert B. Wood, being a Re-plat of a portion of a Plat entitled,
'Plot of land in Johnston, R.I. belonging to Benjamin H. Hawkins,
Surveyed and drawn by J.A. Latham, April 1889' re-platted June
1893 by R. E. Mowry"  which said plat is on record in the land
records of the City of Providence on Plat Card 776.

Being the same premises conveyed by deed of William H.
COCHRANE, et al., to Rose CIOLFI, dated November 29, 1945, and
recorded in the Providence Land Records in Deed Book 901 at
Page 124.

The consideration is such that no revenue stamps are required.

I, ROSE CIOLFI, covenant that I am not married.

|                                                           | husband | of the grantor |
|                                                           | wife    |                |

release to said grantee    all    right of curtesy          and all other interest in the aforedescribed premises.
                                          dower
Witness    my    hand    this            26th    day of    July    , 19 79
                                                          *Rose Ciolfi*
                                                          ROSE CIOLFI

State of Rhode Island, Etc. }
COUNTY OF PROVIDENCE      }
In   Providence   on the    26th    day of    July    , 1979
                            ROSE CIOLFI (aka ELVERA CIOLFI)
before me personally appeared

to me known and known by me to be the party    executing the foregoing instrument, and
who    acknowledged said Instrument, by    her    executed, to be    her    free act and deed.
                                                          *Thomas Santamaria*
                                                          *Notary Public*
                                                          THOMAS SANTAMARIA

received for record at    10    o'clock    56    min    A   m
JUL 27 1979    *James Normandin*, Recorder of Deeds

*Page 2*

*Usurped*

## DECREE

Upon hearing, it is hereby ordered and decreed:

Name: Alexis Scialo

No. 37 Middleton Street

City/Town Providence State RI ZIP 02909

Name:

No. Street

City/Town State ZIP

are hereby appointed  administrator and co-administrator of the estate of deceased upon filing bond.

Bond fixed at $ 200,000

*(Check one):*  ☐ with *coup.* surety     ☐ without surety

Type

hereby appointed appraiser of the personal estate of deceased.

Appointed APPRAISER:

Name Alexis Scialo

No. 37 Middleton Street

City Providence State RI ZIP 02909

Entered as an order and decree of the court on

Date 8/07/03

Probate Judge

*notrue*

Doc No: 00168745
Book: 8492 Page: 152

**LUIGI CIOLFI DIED ON 4/19/98**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ADMINISTRATION
DIVISION OF TAXATION
ONCE CAPITOL HILL
PROVIDENCE RI 02908

# DISCHARGE OF ESTATE TAX LIEN

Under the provisions of the Estate Tax Law, you are hereby notified that the lien imposed under said law upon the following described real property situated in the city or town listed below and belonging to the below named decedent has been discharged.

**ESTATE OF:** NATALINA CIOLFI

**DIED:** JUNE 17, 2003    **LATE OF:** PROVIDENCE, RI

**DESCRIPTION AS RETURNED UPON STATEMENT FILED WITH THE DIVISION OF TAXATION**

CITY OR TOWN PROVIDENCE

ADDRESS 37 MIDDLETON STREET, PROVIDENCE, RI 02909

TAX ASSESSOR'S DESCRIPTION PLAT 0114 LOT #0138

ASSESSED IN NAME OR NAME(S) OF NATALINA CIOLFI

TAX ADMINISTRATOR'S SEAL

DATE:    JAN 0 9 2007

ASSESSMENT # 343957

RETURN RECORDED DOCUMENT TO:

NAME
DANIEL J. RYAN & COMPANY, LLP
ADDRESS
ONE DAVOL SQUARE
CITY, STATE, ZIP
PROVIDENCE, RI 02903

RECEIVED:
Providence
Received for Record
Jan 11, 2007 at 01:38:27P
Document Num: 00168745
Barbara Troncy
Recorder of Deeds

FORM T-77
REV 11/04

14035 2,000

_U501pe4_

Estate of _Natalina Ciolfi_

PROBATE COURT OF THE

No. _____ 06-25-03
Date

---

## ADMINISTRATION PETITION

Respectfully represents that:    Name of Decedent  _Natalina Ciolfi_

Resided in _Providence_                        Died Intestate _June 17, 2003_
            City/Town of Residence                                    Date of Death

Personal Estate estimated at $  _400,000.00_

Your Petitioner:

_Alexis Scialo_                    _Niece_
Name                               Relationship to Deceased
_37 Middleton Street_
No.                Street
_Providence, RI 02909_
City/Town          State         ZIP

Respectfully requests that:

_Alexis Scialo_       _Niece_              Name of Co-Nominee (if any)    Relationship to Deceased
Name of Nominee       Relationship to Deceased
_37 Middleton Street_                       No.                Street
No.            Street
_Providence, RI 02909_
City/Town      State      ZIP               City/Town          State         ZIP

or any other suitable person be appointed Administrator

Deceased left the following surviving spouse and heirs at law:  (Indicate any minors or incompetents.)

| Name | Address | Relationship |
|------|---------|--------------|
| Joseph Della Grotta | 82 Burbank St., Cranston, RI  02910 | Nephew |
| Alexis Scialo | 37 Middleton Street, Providence, RI 02909 | Niece |
| Joyce A. Ricci | 7032 Catalina St., Spring Hill, FL 34606  34684 | Niece |
| Alfred Della Grotta | 3082 Landmark Blvd. #1707 Palm Harbor, FL | Nephew |
| Dennis R. Della Grotta | 15718 Gardenside Ln., Tampa, FL  33624 | Nephew |
| Anthony J. Della Grotta | 5311 Laurel Point Dr., Val Rico, FL 33549 | Nephew |
| Jody M. Della Grotta | 15718 Gardenside Ln., Tampa, FL  33624 | Nephew |

Attach Form PC-9.1, Waiver, if applicable.
The undersigned petitioner makes affidavit and says that the above facts are true as to the best of his/her knowledge and belief.

_Alexis B. Scialo_
Signature of Petitioner

_Providence_            So.                _6/25/3_
                                            Date

Subscribed and sworn to before me as to the truth of all of the above facts by the petitioner.

_George Philip_                                _____
Notary Public (Please Print)                    Notary Public Signature.

---

DECREE.

_Alexis B. Scialo_    of    _Providence_

appointed administratrix        bond fixed at $  200,000.00 with corp. surety

_Alexis B. Scialo_    of    _Providence_

appointed appraiser

_August 7, 2003_  XIX .        ENTER:

_John Ricotunelli_

EXHIBIT 3

11. The Mortgage is secured by the Property located in the City of Providence, Rhode Island, more particularly described as follows:

> "All the certain lot of land with the building and improvements thereon, located in the City of Providence, County of Providence, State of Rhode Island, laid out and designated as lot numbered forty (40) on that plat entitled, 'Plat of Land in Johnston, R.I.. belonging to Benjamin H. Hawkins, surveyed and drawn by J.A. Latham, April 1889' replated June 1893 by H. E. Mowry" which said plat is on record in the land records of the City of Providence on Plat Card 776.
>
> This property is conveyed subject to an easement and right of way for the benefit of 659 Hartford Avenue, currently identififed as lot 139 on assesor's plat 114 and designated as lot 41 on the aforementioned plat, over and across the northerly eighteen (18) feet in depth of the entire width of lot 40 to pass and repass by foot or vehicle from Midelton Street to the rear of Lot 41. Said easement being further described as follows:
>
> Beginning at a point being the northwesterly corner of lot 40, thence in a southerly direction eighteen (18) feet to a point in the westerly side of said lot; thence in an easterly direction fifty (50) feet to a point on the easterly side of said lot; thence in a northerly direction eighteen (18) feet to a point being the northeasterly corner of said lot; thence in a westerly direction fifty (50) feet to the point and place of beginning.
>
> In consideration of granting this easement and right of waym the owner of lot 41 (650 Hartford Ave.) shall be responsible for maintaining the easement. This easement and right of way shall run with the land and is binding on succeosors, heirs and assings.
>
> The improvements thereon being known as 661 Hartford Aveue, Providence, RI – 02909.

12. Plaintiff, Amos Financial LLC ("Amos Financial"), is the present holder of the Note and the Mortgage. **See Amos Financial Affidavit paragraph 12(h).**

13. On May 29, 2008 Mortgagor executed, granted and delivered a second mortgage in the original principal amount of $2,500.00 ("Second Mortgage") to Providence Department of Planning and Development recorded with the Registry at Book 9114, Page 128. See **Amos Financial Affidavit Exhibit D**