```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
```

MIRCA BENITEZ CACERES, et al.

    Plaintiffs,

        v.                                            CA No. 23-cv-500-WES

SUPERIOR COURT, RHODE ISLAND, SC,

    Defendant.

### JUDGMENT

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Text Order entered on November 30, 2023 and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil action.

    <u>It is so ordered</u>.

November 30, 2023                    By the Court:

                                            <u>/s/ William E. Smith</u>
                                            United States District Judge